J. G. CROSLAND, *Appellant*, v. MAUDE E. BRICKELL, FRANK CLARK AND WILLIAM B. BRICKELL, AS EXECUTORS OF THE ESTATE OF MARY BRICKELL, DECEASED, *Appellees*. (Case No. 1.)

Opinion Filed June 20, 1923.

Where an appeal is taken from an interlocutory order overruling a general demurrer to a bill of complaint in an equity cause and it appears to the Court that the allegations of the bill sufficiently state an equity for appropriate relief, the interlocutory order appealed from may be affirmed by the Court without discussing in an opinion the several contentions made on the appeal.

An Appeal from the Circuit Court for Dade County; H. Pierre Branning, Judge.

Affirmed.

*R: B. Gautier,* for Appellant;

*Frank Clark, Jr.,* and *John Stevens Maxwell,* for Appellees.

WHITFIELD, J.—This appeal is from an interlocutory order overruling a general demurrer to a bill of complaint. The bill contains allegations upon which evidence may be adduced to warrant appropriate equitable relief by due course of procedure. No error is made to appear.

Where an appeal is taken from an interlocutory order overruling a general demurer to a bill of complaint in an equity cause and it appears to the court that the allegations of the bill sufficiently state an equity for appropriate relief, the interlocutory order appealed from may be affirmed by the court without discussing in an opinion the several contentions made on the appeal.

Affirmed.

TAYLOR, C. J., AND ELLIS, BROWNE, WEST AND TERRELL, J. J., concur.